GILLESPIE *et al. v.* EWING.

FISH, C. J. 1. None of the exceptions taken to the instructions given to the jury, when considered in connection with the entire charge, required the grant of a new trial.

2. The evidence, though conflicting, authorized the verdict, and the refusal of a new trial will not be disturbed.

               *Judgment affirmed. All the Justices concur.*
               SEPTEMBER 27, 1912.

Complaint. Before Judge Fite. Gordon superior court. June 21, 1911.

*F. A. Cantrell* and *Maddox, McCamy & Shumate,* for plaintiffs in error.   *O. N. Starr,* contra.